STATE OF NEW JERSEY v. RICHARD B. BALSLEY.

February 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN DE CANDO.

February 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. TIMOTHY PERRY.

February 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. SHARON DEWS.

February 16, 1984.

Petition for certification denied.